**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

ARASH AHMADI,                        )
                                     )
        Petitioner,                  )
                                     )
v.                                   )        Case No. CIV-26-1276-R
                                     )
DIAMONDBACK CORRECTIONAL )
FACILITY, et al.,                    )
                                     )
        Respondents.                 )

**ORDER**

Petitioner, a noncitizen, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 challenging his detention by U.S. Immigration and Customs Enforcement. Before the Court is the Report and Recommendation of United States Magistrate Judge Shon T. Erwin [Doc. No. 10] recommending that the Petition be granted by ordering Petitioner to be released from custody subject to an Order of Supervision. Respondents filed a timely Objection [Doc. No. 11], which obligates the Court to undertake a de novo review of those portions of the Report to which a specific objection is made. 28 U.S.C. § 636(b)(1); Fed R. Civ. P. 72(b)(3).

Respondents' Objection "merely reiterates arguments previously presented to the magistrate judge" and "expresses general disagreement with the recommendation," and is therefore "insufficient to require de novo review." *Sanchez-Gilly v. Noem*, No. CIV-26-139-J, 2026 WL 674200, at *1 (W.D. Okla. Mar. 10, 2026). However, even applying de novo review, the Court agrees with Judge Erwin that Petitioner met his burden and Respondents did not.

Accordingly, the Report and Recommendation [Doc. No. 10] is ADOPTED and the Petition for Writ of Habeas Corpus is GRANTED as set out in the Report. Respondents are directed to immediately release Petitioner from custody subject to an appropriate Order of Supervision. Respondents shall certify compliance with this order.

IT IS SO ORDERED this 30th day of July, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

2